MARC S. HINES (SBN 140065)
mhines@hinescarder.com
CHRISTINE EMANUELSON (SBN221269)
cemanuelson@hinescarder.com
BRIAN PELANDA (SBN 278453)
bpelanda@hinescarder.com
**HINES CARDER LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendants
AMCO INSURANCE COMPANY and ALLIED
PROPERTY & CASUALTY INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| BARBARA SELLS | CASE NO.  2:13-cv-00483-JAM-AC |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, an Iowa corporation; AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 20, | [Discovery Document Referred to Magistrate Judge Hon. Allison Claire] |
| Defendants. | Judge:        Hon. John A. Mendez Courtroom:  6 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: 4/11/2014

_____          /s/ John A. Mendez_____
                                                                JOHN A. MENDEZ
                                                                United States District Court Judge

1
ORDER DISMISSING ACTION WITH PREJUDICE